# 26-1201

United States Court of Appeals
for the Second Circuit

RAFFIQUE KHAN,

*Plaintiff-Appellant*,

*against*

NEW YORK CITY, ET AL.,

*Defendants-Appellees,*

On Appeal from the United States District Court
for the Eastern District of New York

## STIPULATION OF DISMISSAL OF APPEAL

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, Appellant Raffique Khan and Appellees New York City, NYPD Officer Matthew S. Bessen, NYPD Officer Noah Nicholson, NYPD Sgt. Patrick Hughes, NYPD Officer Joseph Jacobsen, NYPD Officer Thomas Costigan, NYPD Officer Jeison Jara, NYPD Officer Mohamed Eldiasty, and NYPD Officer Joseph Astarita, hereby stipulate and agree that Appellant's appeal, docketed at No. 26-1201, is dismissed with prejudice

and without costs to either party, as a result of a settlement reached between the parties.

Dated: New York, New York
November 12, 2026

Jonathan I. Edelstein
EDELSTEIN & GROSSMAN
Attorney for Appellant

501 Fifth Avenue, Suite 514
New York, New York 10017
212-871-0571
Jonathan.edelstein.2@gmail.com

STEVEN BANKS
*Corporation Counsel*
*of the City of New York*
By: JEREMY W. SHWEDER
Assistant Corporation Counsel
Attorney for Appellees

100 Church Street
New York, New York 10007
212-356-0843
jshweder@law.nyc.gov